NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

OCT 5 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ALEXANDER C. BAKER,

        Plaintiff-Appellee,

  v.

CLAIR MARLO,

        Defendant-Appellant.

No. 16-56893

D.C. No. 2:16-cv-02313-RGK-JPR

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
R. Gary Klausner, District Judge, Presiding

Submitted September 26, 2017[**]

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

Clair Marlo appeals from the district court's judgment in a copyright action.

We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of

discretion. *NewGen, LLC v. Safe Cig, LLC*, 840 F.3d 606, 616 (9th Cir. 2016)

(grant of motion to enter default judgment); *Brandt v. Am. Bankers Ins. Co. of Fla.*,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

653 F.3d 1108, 1110 (9th Cir. 2011) (denial of motion to set aside entry of default and denial of motion to set aside default judgment).  We affirm for the reasons stated in the district court's orders entered on August 8, 2016, September 23, 2016, and December 1, 2016.

Appellee's motion to take judicial notice (Docket Entry No. 10) is denied as unnecessary.

**AFFIRMED.**